**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| **OLIVISTAR, LLC,** | **CASE NO. 2:13-CV-338** |
| **Plaintiff,** | **(LEAD CASE)** |
| **V.** | **CIVIL ACTION NO. 2:14-cv-341** |
| **AMERICAN TRAFFIC SOLUTIONS INC., ET. AL.,** | **(CONSOLIDATED CASE)** |
|  | **JURY TRIAL DEMANDED** |
| **Defendant.** |  |

**DECLARATION OF GAUTHAM BODEPUDI IN SUPPORT OF PLAINTIFF'S**
**RESPONSE IN OPPOSITION TO DEFENDANT FACEBOOK, INC.'S**
**MOTION TO TRANSFER VENUE**

1. My name is Gautham Bodepudi. I submit this Declaration in support of the Plaintiff Olivistar LLC's Response to Defendant Facebook, Inc.'s Motion to Transfer Venue.

2. I am over 18 years of age, and I am fully competent to make this sworn declaration. I have personal knowledge of the facts stated in this declaration, and they are all true and correct.

3. I am a co-founder and Managing Member of Olivistar LLC ("Olivistar"), the plaintiff in this lawsuit.

4. I have a B.S. degree in electrical engineering from the University of lllinois at Urbana-Champaign, and a J.D. degree from the University of Chicago School of Law. I am a licensed attorney in good standing and I am also admitted to practice before the United States Patent and Trademark Office.

5. I have lived in Dallas, Texas since February of 2012, lived in Dallas at the time of filing of this suit, and currently live in Dallas at the time of signing of this declaration, in close proximity to the Eastern District of Texas.

1

6. I expect to be a witness at the trial of this case. It would be more convenient for me to appear as a witness in the Eastern District of Texas, the home district of my company and a district in close proximity to my current residence in Texas, than in the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Sept_ _5_, 2014.

_____
Gautham Bodepudi

2