UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLIVISTAR, LLC,

    Plaintiff,

v.

FACEBOOK INC.,

    Defendant.

Case No. 15-cv-01718-DMR

**ORDER RE NOTICE OF SETTLEMENT**

Re: Dkt. No. 25

The court has received the parties' notice of settlement and request to stay all deadlines. [Docket No. 25.] In light of the parties' representation that they have reached a settlement in principle, the existing case management dates are vacated. The parties shall file a joint status report by no later than **June 1, 2015**.

**IT IS SO ORDERED.**

Dated: May 4, 2015



Donna M. Ryu
United States Magistrate Judge